HARRY A. FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25962.) — Judgment affirmed, without costs of this appeal to either party. All concur, except Larkin, J., not voting. (The judgment awards damages for personal injuries sustained by reason of an automobile collision, it being alleged that the accident was the result of a defective traffic light.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

EUGENE F. FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25963.) — Same decision and like cause of action as in companion case of *Foley* v. *State of New York* (Claim No. 25962) (*ante,* p. 1037, decided herewith). Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

HARRY A. FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25964.) — Same decision and like cause of action as in companion case of *Foley* v. *State of New York* (Claim No. 25962) (*ante,* p. 1037, decided herewith). Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

AUDREY C. FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25965.) — Same decision and like cause of action as in companion case of *Foley* v. *State of New York* (Claim No. 25962) (*ante,* p. 1037, decided herewith). Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

JANET FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25966.) — Same decision and like cause of action as in companion case of *Foley* v. *State of New York* (Claim No. 25962) (*ante,* p. 1037, decided herewith). Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

WILLIAM E. FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25967.) — Same decision and like cause of action as in companion case of *Foley* v. *State of New York* (Claim No. 25962) (*ante,* p. 1037, decided herewith). Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

SCOTT C. ROSS, Respondent, v. CONDENSER & HEATER MANUFACTURING CORPORATION, Appellant.— Judgment affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment is for plaintiff in an action to recover the amount alleged to be due plaintiff for services rendered to defendant.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 821.]

EMMA S. SMITH, Respondent, v. MARCELLA O'NEILL, Appellant, et al., Defendants.— Order reversed on the law, without costs of this appeal to either party, and motion granted, without costs. All concur, except Harris, J., who dissents and votes for affirmance on the ground that the plaintiff being the next entitled to take as a beneficiary may have the advantage of the fraud worked on the codefendant Equitable Life Assurance Society, which fraud led to the naming of the individual defendant (under the designation of " sister ") as the first beneficiary to the policy; and Larkin, J., not voting. (The order denies a motion by defendant O'Neill for dismissal of the complaint in an action to recover death benefit under an insurance certificate written by defendant company upon the life of plaintiff's husband.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

JAMES HAND, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal and for granting a new trial on the ground that the finding that plaintiff was free from contributory negligence is against the weight of the evidence; and Larkin, J., not voting. (The judgment is for plaintiff in an action for damages for personal injuries and for property damage to plaintiff's truck. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.